ORDERED.

Dated: February 25, 2021

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re:

| | |
|---|---|
| ANTARAMIAN PROPERTIES, LLC, | Case No. 2:14-bk-10145-FMD [Lead Case] |
| ANTARAMIAN FAMILY, LLC, | Case No. 2:14-bk-10146-FMD |
| ANTARAMIAN FAMILY TRUST, | Case No. 2:14-bk-10148-FMD |
| | (Jointly Administered Cases) |

    Debtors.
_____/
JAMES RICHARDS, individually as a unit owner within the "Naples Bay Resort West Parcel" and as the representative of the members of the Naples Bay Resort West Parcel Property Owners Association. Inc., a not-for-profit association,

    Plaintiff,
v.                                                                    Adv. No. 2:20-ap-00528-FMD

NAPLES BAY RESORT HOLDINGS LLC, *et al.*,

    Defendants.
_____/

10373764-1

## ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE AND DENYING ALL PENDING MOTIONS AS MOOT

**THIS MATTER** came before the Court upon the *Order (I) Granting Motion to Dismiss Second Amended Complaint; (II) Establishing Deadlines; and (III) Scheduling Further Hearing* [ECF No. 52] (the "Order Granting Motion to Dismiss"). The Court, having reviewed the Court file in this matter and having noted that the Plaintiff, James Richards, has failed to file a third amended complaint by the deadline set forth in the Order Granting Motion to Dismiss, and being otherwise fully advised in the premises, does thereupon

**ORDER** as follows:

1. Plaintiff's complaint against the Defendants is **DISMISSED** with prejudice.

2. All pending motions in this adversary proceeding are **DENIED** as moot.

3. The hearing to consider the Amended Remand Motion[1] and the pre-trial conference in this adversary proceeding, scheduled for April 1, 2021 at 11:00 a.m. are **CANCELED**.

4. The Clerk of the Bankruptcy Court is directed to close this adversary proceeding.

# # #

*(Jordi Guso is directed to serve a copy of this order on interested parties who are non CM/ECF users and to file a proof of service within three days of entry of the order).*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Order Granting Motion to Dismiss [ECF No. 52].